# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED AUGUST 11, 2021

## NO. 03-17-00490-CV

**Texas Industrial Energy Consumers, Cities Advocating Reasonable Deregulation, and Office of Public Utility Counsel, Appellants**

**v.**

**Public Utility Commission of Texas and Southwestern Electric Power Company, Appellees**

## APPEAL FROM THE 200TH DISTRICT COURT OF TRAVIS COUNTY
## BEFORE JUSTICES TRIANA, KELLY, AND JONES
## REVERSED AND REMANDED ON REMAND -- OPINION BY JUSTICE JONES

This is an appeal from the judgment signed by the trial court on June 16, 2016. Having reviewed the record and the parties' arguments, the Court holds that there was reversible error in the judgment. Therefore, the Court reverses the trial court's judgment and remands the case to the Public Utility Commission for further proceedings. Appellants shall bear one-half the costs relating to this appeal, and appellees shall bear one-half the costs relating to this appeal, both in this Court and in the court below.